**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 14, 2024

By ECF and Electronic Mail
The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Blake Cherry, 24-MJ-369 (VMS)

Your Honor:

      I write on behalf of Mr. Cherry to request waiver of the preliminary hearing in this case, currently scheduled for May 27 at 11am. I discussed this matter with Mr. Cherry and am fully satisfied that he understands the implications of such a waiver, including the rights which he forgoes.

      I thank the court in advance for its attention to this matter.

                                                     Respectfully Submitted,

                                                   /s/
                                                Kyla Wells
                                                Assistant Federal Defender
                                                (718) 407-7403

cc:      all parties of record (via ECF)